AO 442 (Rev. 11/11) Arrest Warrant

11050518

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-cr-00202 |
| | ) Assigned To : Howell, Beryl A. |
| KHALI AHMED BROWN | ) Assign. Date : 6/15/2023 |
| | ) Description: Indictment (B) |
| | ) Related Case: 22-cr-363 (BAH) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KHALI AHMED BROWN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of Marijuana, and 400 Grams or More of Fentanyl ; 22 DCC §§ 402 and 1805 - Assault With a Dangerous Weapon and Aiding and Abetting; 21 USC §§ 841(a)(1) and 841(b)(1)(C) - Possession With Intent to Distribute Fentanyl; 21 USC §§ 841(a)(1) and 841(b)(1)(D) - Possession With Intent to Distribute Marijuana; 18 USC § 924(c)(1)(A)(i) - Using, Carrying, and Posessing a Firearm During a Drug Trafficking Offense; 18 USC § 922(o) - Unlawful Possession of a Machinegun; 18 USC § 922(k)- Possession of a Firearm with an Obliterated Serial Number; FORFEITURE:  18 USC § 982(a); 18 USC § 924(d); 21 USC § 853(a) and (p); 28 USC § 2461(c)

Date:   06/15/2023

Moxila A. Upadhyaya  Digitally signed by Moxila A. Upadhyaya

*Issuing officer's signature*

City and state:   WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/27/2023 , and the person was arrested on *(date)* 6/27/2023
at *(city and state)* DC DC

Date: 6/27/2023

*Arresting officer's signature*

Trejo DUSM
*Printed name and title*

Shedelle Dorsett   Digitally signed by Shedelle Dorsett   Date: 2023.06.21 11:48:31 -04'00'

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK