## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-CR-202-02 (BAH)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 846** |
| **KHALI AHMED BROWN,** | : | **(Conspiracy to Distribute and Possess** |
| **also known as "Migo Lee,"** | : | **with Intent to Distribute 100 Kilograms or** |
| | : | **More of Marijuana, a Mixture and** |
| **Defendant.** | : | **Substance Containing a Detectable Amount** |
| | : | **of Fentanyl, and a Mixture and Substance** |
| | : | **Containing a Detectable Amount of** |
| | : | **Oxycodone);** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | **(Using, Carrying, and Possessing a Firearm** |
| | : | **During a Drug Trafficking Offense);** |
| | : | **22 D.C. Code § 402** |
| | : | **(Assault with a Dangerous Weapon);** |
| | : | **22 D.C. Code § 1805** |
| | : | **(Aiding and Abetting);** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d);** |
| | : | **21 U.S.C. §§ 853(a) and (p);** |
| | : | **28 U.S.C. § 2461(c)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Beginning on or about June 2019, and continuing through at least November 2023, within the District of Columbia and elsewhere, defendant **KHALI AHMED BROWN, also known as "Migo Lee,"** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug

controlled substance, and a mixture and substance containing a detectable amount of Fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii), and (b)(1)(C).

Quantity of Narcotics Involved in the Conspiracy:

With respect to defendant **KHALI AHMED BROWN, also known as "Migo Lee,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, a mixture and substance containing a detectable amount of oxycodone, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of Fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii), and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute One Hundred Kilograms or More of Marijuana, a Mixture and Substance Containing a Detectable Amount of Oxycodone, and a Mixture and Substance Containing a Detectable Amount of Fentanyl,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about January 26, 2023, within the District of Columbia, **KHALI AHMED BROWN, also known as "Migo Lee,"** did unlawfully and knowingly use and carry during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Information, which is incorporated herein, a firearm, that is, a Glock 17, 9mm handgun with an obliterated serial number, and a Glock 29 10mm handgun.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT THREE

On or about November 18, 2022, within the District of Columbia, **KHALI AHMED BROWN, also known as "Migo Lee,"** assaulted another person with a dangerous weapon, that is, a pistol.

(**Assault with a Dangerous Weapon and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 402 and 1805)

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One of this Information, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2.      Upon conviction of any of the offenses alleged in Counts Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a Glock 17, 9mm handgun, with an obliterated serial number and a machinegun conversion device, and a Glock 29, 10mm handgun.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property that cannot be divided without

    difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. § 853(p).

  (**Criminal Forfeiture**, pursuant to 21, United States Code, Sections, 853(a), 853(p), Title 18, United States Code, Section 924(d), Title and Title 28, United States Code, Section 2461(c))

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

  By:  _____/s/_____
    MATTHEW W. KINSKEY
    Assistant United States Attorneys
    DC Bar No. 1031975
    SITARA WITANACHCHI
    DC Bar No. 1023007
    Violence Reduction & Trafficking Offenses Section
    601 D Street, NW, Fifth Floor
    Washington, DC 20530
    (202) 252-7649 (Kinskey)
    (202) 252-2420 (Witanachchi)
    Matthew.kinskey@usdoj.gov
    Sitara.Witanachchi@usdoj.gov