AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

**FILED**

SEP 20 2024

United States of America

v.

KHALI AHMED BROWN

*Defendant*

Case No.   23-cr-202-02 (BAH)

Clerk, U.S. District and Bankruptcy Courts

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   09/20/2024

*Khali Brown*
*Defendant's signature*

*Cary Clennon*
*Signature of defendant's attorney*

Cary Clennon
*Printed name of defendant's attorney*

*Beryl A. Howell*
*Judge's signature*

Hon. Beryl A. Howell, U.S. District Judge
*Judge's printed name and title*