IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *  Case No. 23-202-BAH |
| **KHALI BROWN** | * |

* * * * *

### MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. On September 13, 2024, undersigned counsel entered his appearance pursuant to a Criminal Justice Act appointment.

2. At the time of his appointment, undersigned counsel understood that trial was scheduled to begin on November 12, 2024.

3. On September 20, 2024, the defendant entered a plea of guilty, and attorney Cary Clennon re-entered his appearance on behalf of Mr. Brown.

4. This Honorable Court has already ruled that undersigned counsel does not have to appear at the sentencing hearing.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 26th day of September 2024, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
         Alfred Guillaume III